```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09331
    LETICIA BARRERA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-6047

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/22/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CITY OF CHICAGO DEPT OF    SECURED NOT I        .00           .00             .00
DOVENMUEHLE MORTGAGE       CURRENT MORTG        .00           .00             .00
DOVENMUEHLE MORTGAGE       MORTGAGE ARRE        .00           .00             .00
DOVENMUEHLE MORTGAGE       NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS HOUSING DEVELOP   SECURED NOT I        .00           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        5985.34           .00             .00
ECAST SETTLEMENT CORP      UNSECURED        4019.26           .00             .00
CAPITAL ONE                UNSECURED         987.84           .00             .00
NEW MILLENNIUM BANK        UNSECURED      NOT FILED           .00             .00
FINGERHUT CORP             UNSECURED         176.47           .00             .00
DOVENMUEHLE MORTGAGE       NOTICE ONLY    NOT FILED           .00             .00
CITIFINANCIAL              UNSECURED        4000.79           .00             .00
ASPIRE                     UNSECURED        1768.01           .00             .00
MELVIN J KAPLAN            DEBTOR ATTY     3,500.00                       1,352.85
TOM VAUGHN                 TRUSTEE                                           97.15
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               1,450.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              1,352.85
TRUSTEE COMPENSATION                           97.15
DEBTOR REFUND                                    .00
                      -----------         -----------
TOTALS                1,450.00              1,450.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09331 LETICIA BARRERA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                   /s/ Tom Vaughn

Dated: 06/25/08                              _____
                                                   TOM VAUGHN
                                                   CHAPTER 13 TRUSTEE